IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

CLARENCE E. VOGEL, JR., et al.,

    Plaintiffs,

        v.                          CIVIL NO.: WDQ-11-0515

BODDIE-NOELL ENTERPRISES, INC.,
AND BODDIE-NOELL ENTERPRISES,
INN., et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM OPINION

It appears that at least one of the parties in the above-styled case questions whether this Court ruled on Clarence E. Vogel's motion to extend time for jurisdictional discovery (ECF No. 43). Contrary to the belief of Boddie-Noell Enterprises, Inc., see ECF No. 50 at 1, this Court did not rule on the motion to extend, but rather, referred that motion, and Vogel's motion to compel (ECF No. 47), to Magistrate Judge Beth P. Gesner for resolution. ECF No. 48.

_5/29/12_
Date

_/s/ William D. Quarles_
William D. Quarles, Jr.
United States District Judge